

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00006-CV

**MISSION WRECKER SERVICE, S.A., INC.**, Alanis Wrecker Service,
Alanis Wrecker Service, Inc., Alejandro L. Alanis, Eric Wilhite, and Jim Champion,
Appellants

v.

**ASSURED TOWING, INC.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-18598
Honorable Gloria Saldaña, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court denying appellants' motion to dismiss is REVERSED, and the claims asserted by appellee against appellants are DISMISSED. The cause is REMANDED to the trial court to determine the amount appellants are entitled to be awarded under section 27.009 of the Texas Civil Practice and Remedies Code. It is ORDERED that appellants recover their costs of appeal from appellee.

SIGNED August 2, 2017.

Marialyn Barnard, Justice